**Appeal No.  2025AP689-CR**

**STATE OF WISCONSIN**

Cir. Ct. No.  2021CF2498

**IN COURT OF APPEALS**
**DISTRICT IV**

---

**STATE OF WISCONSIN,**

    **PLAINTIFF-RESPONDENT,**

  **V.**

**CORTEZ M. TALLEY,**

    **DEFENDANT-APPELLANT.**

FILED

July 22, 2026

Samuel A. Christensen
Clerk of Court of Appeals

---

## ERRATA SHEET

---

Samuel A. Christensen
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District III
Electronic Notice

Court of Appeals District IV
Electronic Notice

Christina Plum, Sarah Motiff
Electronic Notice

Hon. Ellen K. Berz
Circuit Court Judge
Electronic Notice

Jeff Okazaki
Clerk of Circuit Court
Dane County Courthouse
Electronic Notice

Daniel J. O'Brien
Electronic Notice

Lucas Swank
Electronic Notice

PLEASE TAKE NOTICE that corrections were made to paragraph 10 in the above-captioned opinion which was released on June 25, 2026.  A corrected

electronic version in its entirety is available on the court's website at www.wicourts.gov.